# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ARROWSMITH AS LIQUIDATING TRUSTEE OF THE HDL LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>AMARJIT S. DOSANJH,<br><br>Defendant. | CASE NO. 2:18-mc-00200-TLN-AC<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS FROM PUBLIC RECORD** |

This matter is before the Court on Plaintiff's Request to Seal the Writ of Execution (ECF No. 2-1) and the issued Writ of Execution (ECF No. 3), each of which provide the incorrect mailing address for Defendant Amarjit S. Dosanjh. ECF No. 5. After reviewing Plaintiff's request, and good cause appearing to maintain the confidential nature of the documents at issue, the request to seal is GRANTED. The Clerk of the Court is directed to SEAL ECF Nos. 2-1 and 3.

///

///

///

///

Additionally, as a result of the mistaken address, it is not clear to the Court that Defendant has been properly served with the request or writ of execution. Plaintiff is therefore ordered to file an Amended Request for Issuance of Writ of Execution containing the correct address for Defendant.

IT IS SO ORDERED.

Date: August 21, 2019

Troy L. Nunley
United States District Judge