KURT A. KAPPES (SBN 146384)
MICHAEL D. LANE (SBN 239517)
ALICIA INTRIAGO (SBN 320102)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
kappesk@gtlaw.com
lanem@gtlaw.com
intriagoa@gtlaw.comkappesk

Attorneys for Plaintiff,
RICHARD ARROWSMITH, LIQUIDATING TRUSTEE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**(Sacramento Division)**

| | |
|---|---|
| RICHARD ARROWSMITH AS LIQUIDATING TRUSTEE OF THE HDL LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>AMARJIT S. DOSANJH,<br><br>Defendant. | CASE NO. 2:18-mc-00200-TLN-AC<br><br>**JOINT STIPULATION AND ORDER TO SEAL DOCUMENTS FILED AS ECF NOS. 7, 7-1 AND 8 FROM THE PUBLIC RECORD** |

Pursuant to Local Rule 141, Plaintiff Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust ("Plaintiff") and Non-Party Amarjit S. Dosanjh ("A.S. Dosanjh") (collectively, the "Stipulating Parties", by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on or about December 12, 2018, Plaintiff filed a Registration of Foreign Judgment from the United States Bankruptcy Court, Eastern District of Virginia, titled, *Richard Arrowsmith,*

*Liquidating Trustee v. Amarjit Dosanjh*, Case No. 15-32919-KRH, Adv. Proc. No. 17-03521-KRH. (ECF No. 1).

WHEREAS, on or about September 3, 2019, Plaintiff filed an Amended Affidavit and Request for Issuance of Writ of Execution against Non-Party A.S. Dosanjh. (ECF Nos. 7, 7-1).

WHEREAS, on or about September 4, 2019, the District Court issued a Writ of Execution against Non-Party A.S. Dosanjh. (ECF No. 8) (collectively, ECF Nos. 7, 7-1, and 8 are referred to herein as the "Writ of Execution Documents").

WHEREAS, following the Court's issuance of said Writ of Execution (ECF No. 8), Plaintiff received information from Non-Party A.S. Dosanjh that she was incorrectly named in the Writ of Execution Documents.

WHEREAS, Stipulating Parties have met and conferred and agree that ECF Nos. 7, 7-1 and 8 should be sealed from the public record to protect the personal information of Non-Party A.S. Dosanjh;

The Stipulating Parties have reached the following stipulation:

**STIPULATION**

IT IS HEREBY STIPULATED between Plaintiff and A.S. Dosanjh, through counsel, as follows:

That ECF Nos. 7, 7-1, and 8 be sealed from the public record.

IT IS SO STIPULATED.

DATED: January 6, 2020    GREENBERG TRAURIG, LLP

By: /s/ Alicia R. Intriago
Kurt A. Kappes
Michael D. Lane
Alicia Intriago
Attorneys for Plaintiff
RICHARD ARROWSMITH, LIQUIDATING TRUSTEE

DATED: November 7, 2019    LAW OFFICE OF PAUL F. GOLDSMITH

By: /s/ Paul F. Goldsmith
Paul F. Goldsmith
Attorney for Non-Party Amarjit S. Dosanjh

**ORDER**

This matter is before the Court on Plaintiff and Non-Party Amarjit S. Dosanjh's Stipulation to Seal ECF Nos. 7, 7-1, and 8, which both provide information for the incorrect party to this action. After reviewing the Parties' Joint Stipulation, and as good cause has been demonstrated to maintain the confidential nature of the documents at issue, the request to seal is GRANTED. The Clerk of the Court is directed to seal ECF Nos. 7, 7-1, and 8. The documents are to remain sealed unless and until further order of the Court.

IT IS SO ORDERED.

Dated: January 15, 2020

Troy L. Nunley
United States District Judge