UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ARROWSMITH AS LIQUIDATING TRUSTEE OF THE HDL LIQUIDATING TRUST,<br><br>  Plaintiff,<br><br>  v.<br><br>AMARJIT S. DOSANJH,<br><br>  Defendant. | No. 2:18-mc-00200-TLN-AC<br><br>**ORDER** |

This matter is before the Court on Plaintiff's unopposed Motion to Amend the Case Caption. Good cause appearing, the request is GRANTED. The Court hereby amends the case caption in the above-captioned action to *Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trustee v. Amarjit Dosanjh*.

IT IS SO ORDERED.

Dated: January 15, 2020

Troy L. Nunley
United States District Judge

1